Approved.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| Gwendolyn Bailey, | : | Case No. 3:20-cv-00650 |
| | : | |
| Plaintiff, | : | Judge James R. Knepp, II |
| | : | |
| -vs- | : | |
| | : | |
| Tyler Joseph Clare, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants, by and through their counsel, state that they have settled all claims in the within case. Therefore, pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendants hereby agree and stipulate that the within case and all claims asserted in this action, by virtue of any and all pleadings filed herein, and all potential claims of all parties that could have been asserted in this action, are hereby DISMISSED with prejudice. Defendants to pay any outstanding costs.

Respectfully submitted,

RAYLE, MATTHEWS & COON

/s/ Frederic E. Matthews
Frederic E. Matthews (0010830)
100 South Main Street
Bowling Green, Ohio 43402
(419) 354-4442; (419) 353-9934 fax
fmatthews@rmclawfirm.com
*Attorney for Plaintiff Gwendolyn Bailey*

JURCA & LASHUK, LLC

/s/ Beth Anne Lashuk
Jeffrey J. Jurca (0012107)
Beth Anne Lashuk (0063144)
Sean P. Casey (0086378)
141 East Town Street, Suite 202
Columbus, Ohio 43215
(614) 846-9228; (614) 846-9181 fax
jjurca@jurcalashuk.com
blashuk@jurcalashuk.com
scasey@jurcalashuk.com
*Attorneys for Defendants Abess H. Awada and Universal Transportation Services, LLC d/b/a Calhoun Truck Lines*

1

RENDIGS, FRY, KIELY & DENNIS, LLP

/s/ Jessica L. Worth
Jonathan P. Saxton, Esq. (0042280)
Jessica L. Worth (0090428)
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
(513) 381-9200; (513) 381-9206 fax
jsaxton@rendigs.com
jworth@rendigs.com
*Attorneys for Defendants Tyler Joseph
Clare and Secord Farms, LLC*